IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALMOND MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-802 |
| | § | |
| PASADENA POLICE DEPARTMENT, | § | |
| and SYLVIA TREVINO, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

By Order entered July 22, 2013, Plaintiff was permitted ten (10) days to file a written response to show good cause, if any exists, why this case should not be dismissed without prejudice for want of prosecution.

Plaintiff has failed to respond to the Order, and has shown no reason that this case should not be dismissed for want of prosecution. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice for want of prosecution.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, on August 22, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE